UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW WILDMAN,

Plaintiff,

v.

THE PHILADELPHIA INQUIRER, LLC,

Defendant.

CASE NO. 2:26-cv-02162-LK

ORDER REMANDING CASE

This matter comes before the Court on its Order to Show Cause why this case should not be remanded to state court for lack of Article III standing, Dkt. No. 34, and the parties' Stipulated Motion for Remand to State Court, Dkt. No. 39.

For the reasons stated in the Order to Show Cause, it does not appear that the Court has subject matter jurisdiction over this case. Dkt. No. 34 at 2–5. In addition, the parties have stipulated to remand this case to King County Superior Court. Dkt. No. 39 at 1. Accordingly, the Court ORDERS that:

1. Pursuant to 28 U.S.C. § 1447(c), all further proceedings in this case are REMANDED to the Superior Court for King County in the State of Washington;

2. The Clerk of the Court shall mail a certified copy of this Order to the Clerk of the Court for the Superior Court for King County, Washington;

3. The Clerk of the Court shall also transmit the relevant record herein to the Clerk of the Court for the Superior Court for King County, Washington; and

4. The Clerk of the Court shall CLOSE this case.

Dated this 10th day of September, 2026.

Lauren King
United States District Judge